## Linney Street.

Argued Oct. 5, 1906. Appeal, No. 51, Oct. T., 1906, by the city of Philadelphia, from order of Q. S. Phila. Co., Oct. T., 1903, dismissing exceptions to report of viewers in the Matter of the Vacation of Linney Street. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

*John H. Maurer*, assistant city solicitor, with him *John L. Kinsey*, city solicitor, for appellant.

*Frederick A. Sobernheimer*, for appellee.

OPINION BY ORLADY, J., February 25, 1907:

The questions involved and the facts in this case being the same as in In re Vacation of Umbria Street, the assignments of error are overruled and the judgment is affirmed for the reasons given in an opinion filed this day in that case.